# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2017

Stephen J. Markman,
Chief Justice

155563

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

TERENCE STEVEN BRYANT,

Plaintiff-Appellant,

v

SC: 155563
COA: 335271

ST. LOUIS CORRECTIONAL
FACILITY WARDEN,

Defendant-Appellee.
_____/

On order of the Chief Justice, plaintiff-appellant having failed to pay the partial filing fee as required by the order of April 18, 2017, the Clerk of the Court is hereby directed to close this file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



jam

Clerk